FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

OCT 06 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**CRISTHIAN ADRIAN** )<br>**ORTEGA-LOPEZ,** )<br>)<br>Defendant. ) | CRIMINAL NO. 25-4097 mis<br><br>**Count 1:** 18 U.S.C. § 922(g)(5):<br>Alien in Possession of a Firearm and Ammunition;<br><br>**Count 2:** 18 USC § 1512(k):<br>Conspiracy to Tamper with Evidence. |

INFORMATION

The United States Attorney charges:

Count 1

On or about December 30, 2024, in Doña Ana County, in the District of New Mexico, the defendant, **CRISTHIAN ADRIAN ORTEGA-LOPEZ**, having been an alien illegally and unlawfully in the United States, knowingly possessed, in and affecting commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(5).

Count 2

On or about April 20, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **CRISTHIAN ADRIAN ORTEGA-LOPEZ**, did conspire to corruptly alter, destroy, mutilate, and conceal a record, document, other object, to wit: a Facebook Account, or attempted to do so, with the intent to impair its integrity and availability for use in an official proceeding.

In violation of 18 USC § 1512(k).

RYAN ELLISON
Acting United States Attorney

_____
MARIA YSABEL ARMIJO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304