UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Clerk's Minutes**
**Before the Honorable Margaret I. Strickland**

**CASE NO.**  25-4097 MIS                              **DATE:**  December 16, 2025

                                                                            **Time in court:**  4 minutes

**TITLE:**  United States v Cristhian Adrian Ortega-Lopez

**COURTROOM CLERK:**  Jessica Chavez          **COURT REPORTER:**  Vanessa Alyce

    ( ) Albuquerque    ( X ) Las Cruces    ( ) Santa Fe    ( ) Roswell

( ) Bench warrant ordered                    **INTERPRETER:**  none

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**
   Maria Armijo                                 Sherry Booth

**TYPE OF PROCEEDING:**           Status hearing

**PROCEEDINGS:**

10:46 am – 10:50 am

Court:   Ms. Booth filed motion to extend deadlines to submit objections to PSR.   Court granted motion, order filed.

Ms. Armijo:   may request continuance of January 8th sentencing with extension of deadline and possible objections to be filed.

Court:   wait for objections and confer with defense.

Court in recess