**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**vs.**                                         **Case No. 25-cr-4097-MIS**

**CRISTHIAN ADRIAN ORTEGA-LOPEZ,**

       **Defendant.**

## ORDER GRANTING MOTION TO CONTINUE SENTENCING AND ALL RELATED DEADLINES

This matter is before the Court on the Defendant's Unopposed Motion to Continue Sentencing Hearing and All Related Deadlines. [Doc. 64]. The Court finds that the motion is well taken, and it shall be granted.

IT IS SO ORDERED that the Sentencing Hearing scheduled for January 8, 2026, at 10:15am is hereby continued, and the same shall be reset to a date in mid-February.

IT IS FURTHER ORDERED that Defendant's objections to the presentence investigation report and motions for departure or variance are due January 9, 2026. The Government's response and anticipated exhibits are due on January 20, 2026. All other deadlines outlined in the Sentencing Guideline Order shall remain.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE