UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                         Case No. 25-cr-4097-MIS

**CRISTHIAN ADRIAN ORTEGA-LOPEZ,**

      **Defendant.**

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

      Defendant Cristhian Adrian Ortega-Lopez, through undersigned counsel, files this Objections to Presentence Investigation Report (PSR):

1. Mr. Ortega-Lopez objects to any connection or gang affiliation with Tren de Aragua (TdA). [Doc. 59, pages 3, 6, 10, 12, 15].

Dated this 9th day of January, 2026.

                                                                      Respectfully submitted,

                                                                      /s/ Shaharazad McDowell Booth
                                                                      Shaharazad McDowell Booth
                                                                      Attorney for Defendant
                                                                      NM Bar # 142956
                                                                      US Bar ID # 19-101
                                                                      PO Box 13856
                                                                      Las Cruces, NM 88013
                                                                      (575) 323-8233

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing Objections to Presentence Investigation Report upon the U.S. Attorney's Office by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this the 9th of January 2026.

_____
Shaharazad McDowell Booth
*Attorney for the Defendant*