IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. **25-CR-4097-MIS** |
| ) | |
| vs. ) | |
| ) | |
| **CRISTHIAN ADRIAN ORTEGA-LOPEZ,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### **UNITED STATES OF AMERICA'S WITNESS LIST**

The United States files this list of witnesses that it may call during the sentencing hearing. The United States reserves the right to file a Supplemental Witness List should additional witnesses become necessary or available.

1. Michael V. Bonner

2. Max Weir

3. Stephani M. Legarreta

4. Rocio Vela

        Respectfully submitted,

        TODD BLANCHE
        Deputy Attorney General
        RYAN ELLISON
        First Assistant United States Attorney
        ***/s/ Electronically filed on 2/26/2026***
        MARIA YSABEL ARMIJO
        RANDY M. CASTELLANO
        Assistant United States Attorneys
        200 N. Church Street
        Las Cruces, New Mexico 88001
        (575) 522-2304 – Telephone

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification to defense counsel of record on this date.

*/s/ Electronically filed on 2/26/2026*
MARIA YSABEL ARMIJO
Assistant United States Attorney