UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                        Case No. 25-cr-4097-MIS

**CRISTHIAN ADRIAN ORTEGA-LOPEZ,**

      **Defendant.**

## DEFENDANT'S WITNESS LIST

Defendant Cristhian Adrian Ortega-Lopez, by and through undersigned counsel, files this his witness list for the sentencing hearing:

1. Dr. Rebecca Hanson.

2. Defendant reserves the right to supplement this list as may become necessary.

Dated this 26th day of February, 2026.

                                                  Respectfully submitted,

                                                  _____
                                                  Shaharazad McDowell Booth
                                                  Attorney for Defendant
                                                  NM Bar # 142956
                                                  US Bar ID # 19-101
                                                  PO Box 13856
                                                  Las Cruces, NM 88013
                                                  (575) 323-8233

**CERTIFICATE OF SERVICE**

  I hereby certify that I have served a copy of the foregoing Witness List upon the U.S. Attorney's Office by electronically filing a copy with the Clerk of the Court using the CM/ECF system on this the 26th of February 2026.

_____
Shaharazad McDowell Booth
*Attorney for the Defendant*