IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 25-CR-4097 MIS |
| ) | |
| **CRISTHIAN ORTEGA-LOPEZ**, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM

The United States of America responds to Defendant's Sentencing Memorandum (Doc. 74). Defendant is requesting this Court not to rely on references to Defendant's "alleged gang affiliation" with the Tren De Aragua ("TdA") gang and asserts that the "gang-attribution rests on uncorroborated inference and generalized descriptors." Doc. 74 at 1. As a starting point, the United States requests this Court strike Defendant's motion as untimely. Additionally, the Presentence Investigation Report's ("PSR") references are well founded and relevant to Defendant's motive for committing the crimes in this case. Thus, this Court should rely on the references to Defendant's gang affiliation with TdA and find that Defendant is a TdA gang member.

**I.   BACKGROUND**

On October 6, 2025, Defendant pled guilty pursuant to a plea agreement. Docs. 53-57.

On October 8, 2025, this Court issued a sentencing guideline order. Doc, 58.

On November 24, 2025, the Presentence Report ("PSR") was disclosed to both parties. Doc. 59.

On January 9, 2026, the Defendant filed an objection to PSR. Doc. 66. The United States responded on January 23, 2026. Doc. 69. An addendum to the PSR was filed on February 17, 2026. Doc. 73.

Sentencing in this case was scheduled for February 27, 2026, on January 23, 2026. Doc entry 70.

On February 20, 2026, Defendant filed a "Sentencing Memorandum" which includes a challenge to the findings in the PSR of Defendant's affiliation with TdA. Defendant also argues that letters submitted on his behalf "present a consistent picture of Mr. Ortega-Lopez as a respectful, nonviolent, hard-working young man whose life has been defined by responsibility, not criminality." Doc. 74 at 1.

**II.    ARGUMENT**

The United States request this Court to strike Defendant's Sentencing Memorandum due to the untimely nature of its filing. The Court's Scheduling Guideline Order, Doc. 58, provides that "counsel for the defendant and the government shall file and serve any objections and motions for departure or variance from the U.S.S.G. at least FOURTEEN (14) DAYS prior to the sentencing hearing." Doc. 58 at Par. 6. The Defendant's motion is untimely because it was filed seven days before sentencing. This is also consistent with the Local rules that provide "any unresolved objections(s) to the presentence report and/or a motion for departure must be filed at least fourteen (14) days prior to the sentencing hearing" and also provides that a sentencing memorandum should be filed at least 14 days prior to the sentencing hearing. *See* Local Rules of Criminal Procedure, 32.C(2) and (3). Thus, Defendant's motion is untimely and should be struck.

However, the United States will be prepared to present evidence that the Defendant is in fact a TdA gang member. The United States will present expert testimony from Special Agent

Michael Bonner. *See* Exh. 27. The United States will rely on the attached exhibits as well as three videos that will be presented during the sentencing hearing in this case. *See* Exhs. 1-27. Additionally, the United States will present evidence that is contrary to the character statements and argument submitted on his behalf, to include items located on one of Defendant's cellphones.

**WHEREFORE**, the United States respectfully requests that the Court strike Defendant's Sentencing Memorandum and rely on the PSR's assertion as to Defendant's TdA affiliation.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
RYAN ELLISON
First Assistant United States Attorney
*/s/   Electronically Filed 2/27/26*
MARIA YSABEL ARMIJO
RANDY M. CASTELLANO
Assistant U.S. Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304 – Tel.
(575) 522-2391 – Fax

I HEREBY CERTIFY that on February 27, 2026
I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF electronic
filing system which will send notification to all
counsel of record.

*/s/ Electronically filed 2/27/2026*
MARIA YSABEL ARMIJO
Assistant United States Attorney