### UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
### SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | **25-4097 MIS** | | USA vs.: | **ORTEGA-LOPEZ** |
| Date: | **6/30/2026** | | Name of Deft: | **CRISTHIAN ADRIAN ORTEGA-LOPEZ** |
| Before the Honorable: | | | | **MARGARET I. STRICKLAND, UNITED STATES DISTRICT JUDGE** |

| | | |
|---|---|---|
| Time In/Out: | **1:34 PM - 2:14 PM** | Total Time in Court (for JS10): **40 MINUTES** |
| Clerk: | **JESSICA CHAVEZ** | Court Reporter: **RACHEL LOPEZ** |
| AUSA: | **MARIA ARMIJO AND RANDY CASTELLANO** | Defendant's Counsel: **SHERRY BOOTH** |
| Sentencing in: | **LAS CRUCES** | Interpreter: **Margarita Birnbaum & Enith Valdes-Ortiz** |
| Probation Officer: | **ARIANA ARAIZA** | Sworn? **X** Yes / No |

| | | | | | |
|---|---|---|---|---|---|
| Convicted on: | **X** Plea | Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** Accepted | Not Accepted | Adjudged/Found Guilty on Counts: | **1, 2** | |
| If Plea Agreement: | **X** Accepted | Not Accepted | No Plea Agreement | Comments: | |
| Date of Plea/Verdict: | **10/06/2025** | | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | **COURT VARIES** | | | | |

| | |
|---|---|
| **SENTENCE IMPOSED** | Imprisonment (BOP): **COUNT 1, 2 : 19 MONTHS AS EACH COUNT; SAID COUNTS TO RUN CONCURRENT** |
| Supervised Release: | **COUNT 1, 2 : 1 YEAR (UNSUPERVISED; TO RUN CONCURRENT** — Probation: |

| | | |
|---|---|---|
| 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: |

| | |
|---|---|
| **X** Court recommends ICE begin removal proceedings immediately or during service of sentence | ICE not applicable |

#### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| **X** No re-entry without legal authorization | Home confinement for ___ months ___ days |
| **X** Comply with ICE laws and regulations | Community service for ___ months ___ days |
| Participate in/successfully complete subst abuse program/testing (up to 60 tests per year) | Reside halfway house ___ months ___ days |
| Participate in/successfully complete mental health program | Register as sex offender |
| Refrain from use/possession of alcohol (up to 4 tests per day) | Participate in sex offender treatment program |
| Submit to search of person/property | Possess no sexual material |
| No contact with victim(s) and/or co-deft(s)/co-conspirator(s) | No computer with access to online services |

**X** **OTHER: NOT TO COMMIT ANY FEDERAL, STATE OR LOCAL CRIMES**

| | | |
|---|---|---|
| Fine: $ | | Restitution: $ **N/A** |
| SPA: $ **Waived** ($100 as to each Count) | Payment Schedule: | Due Imm. / **X** Waived |
| OTHER: | | |

| | | |
|---|---|---|
| | Advised of Right to Appeal | **X** Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | Voluntary Surrender |
| | Recommended place(s) of incarceration: | |
| | Dismissed Counts: | |
| OTHER COMMENTS: | | |